Dismissed and Memorandum Opinion filed September 17,
2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00688-CR

____________

 

JEREMY STACY HARRISON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 178th District Court

Harris County, Texas

Trial Court Cause No. 1128473

 



 

M E M O R
A N D U M   O P I N I O N

Appellant entered a guilty plea to aggravated robbery.  In
accordance with the terms of a plea bargain agreement with the State, the trial
court sentenced appellant on July 9, 2009, to confinement for fifteen years in
the Institutional Division of the Texas Department of Criminal Justice.  We
dismiss the appeal.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P.
25.2(d).  The record supports the trial court=s certification.  See Dears v.
State, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

 

Panel consists of Chief Justice
Hedges and Justices Seymore and Sullivan.

Do Not Publish —- Tex. R. App.
P. 47.2(b).